UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA – FLORENCE DIVISION

James R. Watson Jr.,
  Plaintiff,

v.

United States of America,
  Defendant.

MAY 1 '26 PM12:20
RCV'D – USDC FLO SC

---

# I. JURISDICTION AND VENUE

1. This action arises under 28 U.S.C. § 1346(a)(1) for recovery of federal income tax alleged to have been erroneously or illegally assessed or collected.
2. Plaintiff has satisfied the administrative claim requirement of 26 U.S.C. § 7422(a) by filing a refund claim and receiving a final determination.
3. Venue is proper in this District under 28 U.S.C. § 1402(a)(1) because Plaintiff resides in Florence County, South Carolina.

---

# II. PARTIES

4. Plaintiff, James R. Watson Jr., is an individual residing in Florence, South Carolina.
5. Defendant is the United States of America, acting through the Internal Revenue Service.

---

# III. FACTS

6. Plaintiff filed his 2023 federal income tax return and later an amended return (Form 1040-X).
7. Plaintiff timely provided supporting documentation requested by the IRS, including Form 8962 and Forms 1095-A.
8. On or about April 28, 2026, the IRS issued Letter 474C (final determination) disallowing Plaintiff's Earned Income Credit (EIC) and reducing the refund to $0. (Exhibit A).
9. The denial was stated to be due to "missing information."
10. Plaintiff had previously submitted the requested documentation, and the IRS had acknowledged receipt in prior communications.
11. On April 30, 2026, Plaintiff contacted the IRS to confirm whether the submitted documents were considered. The IRS representative was unable to confirm that Plaintiff's Form 8962 and 1095-A were reviewed or identify what information was missing. (Exhibit M).
12. The IRS nevertheless issued a final determination denying the refund.
13. Plaintiff disputes the denial and asserts entitlement to the refund.

14. Plaintiff has fully paid any assessed tax for 2023 through withholding, payments, and/or offsets reflected in his account (Flora requirement).

## IV. CLAIM FOR RELIEF

Count I — Wrongful Denial of Refund (26 U.S.C. § 7422)

15. Plaintiff incorporates paragraphs 1–14.
16. The IRS erroneously disallowed Plaintiff's Earned Income Credit and reduced his refund to zero.
17. The IRS failed to properly evaluate or consider documentation submitted by Plaintiff in support of his claim.
18. Plaintiff is entitled to the refund amount wrongfully withheld, plus statutory interest under 26 U.S.C. § 6611.

## V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

A. Enter judgment against the United States for the amount of the 2023 refund wrongfully denied;
B. Award statutory interest as provided by law;
C. Award costs of suit; and
D. Grant such other relief as the Court deems just.

## VI. JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

_James R. Watson Jr._    6/1/26

James R. Watson Jr.
102 Magnolia Dr.
Florence, SC 29506
843-687-1264